**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Demarcus MILLER, Defendant–Appellant.**

**No. 06–10477 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 7, 2006.

R. Fletcher Peacock, Peter Warren Kenny, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and COX, Circuit Judges.

PER CURIAM:

Peter Warren Kenny, counsel for Demarcus Miller, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Miller's revocation of probation and sentence are **AFFIRMED**.